**FILED**

AUG 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED VAN LINES, LLC, | Case No. C07-02096 EMC |
| Plaintiff, | [PROPOSED] ORDER EXCUSING PERSONAL ATTENDANCE AT MEDIATION |
| v. | Dept.:  |
| BRENDA WYATT, an Individual and DOES 1-10, | |
| Defendants. | |

///
///
///

1

[PROPOSED] ORDER

# ORDER

On August 24, 2007, the parties requested to be excused from personally attending the mediation in this matter. Based on the agreement of the parties and the court-appointed Mediator, Howard A. Herman, and good cause appearing, the parties may participate in mediation by telephone. Counsel for Plaintiff United Van Lines, LLC to provide Notice.

DATED: August 29, 2007                    _____
                                          United States District Magistrate Judge

Respectfully Submitted,

STONE, ROSENBLATT & CHA
A Professional Law Corporation

By _____
GREGG S. GARFINKEL
ROBYN M. McKIBBIN
Attorneys for Plaintiff
UNITED VAN LINES, LLC