Gregg S. Garfinkel, SBN 156632
Robyn M. McKibbin, SBN 191085
**STONE | ROSENBLATT | CHA, PLC**
A Professional Law Corporation
21550 Oxnard Street, Main Plaza - Suite 200
Woodland Hills, California 91367
Tel: (818) 999-2232
Fax: (818) 999-2269
email: ggarfinkel@srclaw.com
Attorneys for Plaintiff
UNITED VAN LINES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED VAN LINES, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRENDA WYATT, an Individual and DOES 1-10,<br><br>　　　　Defendants. | Case No. C07-02096 EMC<br><br>**NOTICE OF CONTINUED BANKRUPTCY HEARING AND REQUEST TO CONTINUE STATUS CONFERENCE** ; ORDER<br><br>Status Conference: July 9, 2008 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE THAT a Further Status Conference is currently set in this matter on July 9, 2008, at 2:30 p.m. Plaintiff UNITED VAN LINES, LLC just received notice that the United States Bankruptcy Court, Northern District of Georgia, continued its hearing on the "Debtor's Objection to Claim." The hearing has been rescheduled from June 26, 2008, to July 17, 2008, at 1:45 p.m., in Atlanta Georgia, where Defendant BRENDA WYATT filed a bankruptcy petition. The bankruptcy court will determine whether Plaintiff UNITED VAN LINES, LLC's claim is to be included in the bankruptcy proceeding or can proceed against the defendant in this Court. A copy of the notice is attached hereto as Exhibit A.

1

In light of the bankruptcy court's rescheduling the hearing, United respectfully requests this Court continue the Further Status Conference to July 23, 2008, at 2:30 p.m.  The parties will file a joint report by July 18, 2008. United apologizes for the short notice of this Notice.

DATED:   July 7, 2008

STONE, ROSENBLATT & CHA
A Professional Law Corporation

By /s/ 
Gregg S. Garfinkel
Robyn M. McKibbin
Attorneys for Plaintiff
UNITED VAN LINES, LLC

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. Magistrate Judge



2

NOTICE OF CONTINUED BANKRUPTCY HEARING AND
REQUEST TO CONTINUE STATUS CONFERENCE

## UNITED VAN LINES v. BRENDA WYATT

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 21550 Oxnard Street, Main Plaza, Suite 200, Woodland Hills, California.

On **July 7, 2008**, I served the foregoing document described as:

**NOTICE OF CONTINUED BANKRUPTCY HEARING AND REQUEST TO CONTINUE STATUS CONFERENCE**

ON ALL INTERESTED PARTIES in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at: WOODLAND HILLS, CALIFORNIA addressed as follows:

Brenda Wyatt (in pro per)
413 Grier Drive
Locust Grove, GA 30248
Phone: (678) 432-8646

[X]  **(BY MAIL)** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Woodland Hills, California.

[]  (BY E-MAIL) I caused such document to be e-mailed to the addressee.

[]  (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[]  (BY EXPRESS MAIL, CCP 1013(c,d) I caused such envelope with postage thereon fully prepaid to be placed in the box regularly maintained by the express service carrier, Federal Express, at 21550 Oxnard Street, Suite 200, Woodland Hills, California, copies of the routing slips attached hereto.

[X]  Executed on **July 7, 2008** at Woodland Hills, California.

[X]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Zara Ter-Matevosyan*

Case 3:07-cv-02920-EMC Document 37 Filed 07/08/2008 Page 4 of 6

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ELECTRONICALLY FILED
JUL 02 2008

| | |
|---|---|
| IN RE: | |
| CURTIS LEE WYATT and<br>BRENDA LEE WYATT, | CHAPTER 13 CASE<br>NO. 07-73319-MHM |
| Debtors. | |
| CURTIS LEE WYATT and<br>BRENDA LEE WYATT, | |
| Movant, | |
| vs. | |
| UNITED VAN LINES, LLC, | |
| Respondent. | |

NOTICE OF REASSIGNMENT OF HEARING

NOTICE IS HEREBY GIVEN that the Debtors filed a Objection to Claim of United Van Lines, LLC on May 21, 2008 and a hearing was scheduled for June 26, 2008.

PLEASE TAKE NOTICE that the hearing on the Debtors' Objection to Claim of United Van Lines, LLC has been rescheduled to *July 17, 2008 at 1:45 PM, Courtroom 1204, Richard B. Russell Federal Building, 75 Spring Street, SW, Atlanta, Georgia.*

This 2 day of ~~June,~~ July 2008.

Respectfully submitted,
JEFF FIELD & ASSOCIATES

_____
C. WINGATE MIMS
Attorney for Debtors
State Bar No. 510000

342 North Clarendon Avenue
Scottdale, Georgia 30079
404-499-2700

RECEIVED
JUL 07 2008
BY:_____

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed a true and exact copy of the foregoing "Notice of Reassignment of Hearing" to the following:

Adam M. Goodman
Suite 200
260 Peachtree Street, NW
Atlanta, Georgia 30303

Curtis Lee Wyatt
Brenda Lee Wyatt
413 Grier Drive
Locust Grove, Georgia 30248

United Van Lines, LLC
c/o Gregg S. Garfinkel and Robyn M. McKibbin
21550 Oxnard Street
Main Plaza – Suite 200
Woodland Hills, California 91367

by placing a copy of same in a properly addressed envelope with sufficient postage affixed thereon to insure delivery and depositing same in the United States Mail.

This 2 day of ~~June~~ July, 2008.

Respectfully submitted,
JEFF FIELD & ASSOCIATES

_____
C. WINGATE MIMS
Attorney for Debtors
State Bar No. 510000

342 North Clarendon Avenue
Scottdale, Georgia 30079
404-499-2700