```
Gregg S. Garfinkel, SBN 156632
Robyn M. McKibbin, SBN 191085
STONE | ROSENBLATT | CHA, PLC
A Professional Law Corporation
21550 Oxnard Street, Main Plaza - Suite 200
Woodland Hills, California 91367
Tel:  (818) 999-2232
Fax:  (818) 999-2269
      email: ggarfinkel@srclaw.com
Attorneys for Plaintiff
UNITED VAN LINES, LLC
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED VAN LINES, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRENDA WYATT, an Individual and DOES 1-10,<br><br>　　　　Defendants. | Case No. C07-02096 EMC<br><br>**JOINT FURTHER CASE MANAGEMENT STATEMENT**; ORDER<br><br>Date:　　July 23, 2008<br>Time:　　1:30 p.m.<br>Dept.:　　C<br>　　　　　Magistrate Judge<br>　　　　　Edward M. Chen<br><br>Complaint Filed: April 13, 2007<br>Trial:　　September 29, 2008 |

Plaintiff UNITED VAN LINES, LLC ("United") and Defendant BRENDA WYATT ("Defendant"), in pro per, in the above-entitled action jointly submit this Further Case Management Statement.

On July 16, 2008, United received notice from Ms. Wyatt's bankruptcy counsel that she has withdrawn her objection to United's claim filed in the United States Bankruptcy Court, Northern District of Georgia. A true and correct copy of the "Withdrawal of Objection to Proof of Claim of United Van Lines, LLC (Claim No. 09)" is attached hereto as Exhibit A.

Accordingly, United respectfully requests that this Court take United's Motion for Summary Judgment currently set for August 6, 2008, off calendar.

1

JOINT FURTHER CASE MANAGEMENT STATEMENT

1  United also requests that the further status conference be continued while
2  United awaits notice from the bankruptcy court.
3
4  DATED: July 21, 2008     STONE, ROSENBLATT & CHA
                            A Professional Law Corporation
5
6
                            By /s/
7                           Gregg S. Garfinkel
                            Robyn M. McKibbin
8                           Attorneys for Plaintiff
                            UNITED VAN LINES, LLC
9
10
11 IT IS SO ORDERED that the case management conference is reset from 7/23/08 at
12 2:30 p.m. to 1/21/09 at 2:30 p.m.  A Joint CMC Statement shall be filed by 1/14/09.
   The hearing on Plaintiff's Motion for Summary Judgement set for 8/6/08 at 10:30 a.m.
13 is vacated.



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

2

JOINT FURTHER CASE MANAGEMENT STATEMENT

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

CURTIS LEE WYATT and
BRENDA LEE WYATT,

    Debtors.

CHAPTER 13 CASE
NO. 07-73319-MHM

CURTIS LEE WYATT and
BRENDA LEE WYATT,

    Movant,

vs.

UNITED VAN LINES, LLC,

    Respondent.

## WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM OF UNITED VAN LINES, LLC (CLAIM NO. 09)

Come now the Debtors, CURTIS LEE WYATT and BRENDA LEE WYATT, by and through counsel, and respectfully withdraw the Objection to Proof of Claim of United Van Lines, LLC (Claim No. 09) that is scheduled for hearing on July 17, 2008, without prejudice.

This __16__ day of July, 2008.

                                       Respectfully submitted,
                                       JEFF FIELD & ASSOCIATES

                                       _____
                                       C. WINGATE MIMS
                                       Attorney for Debtors
                                       State Bar No. 510000

342 North Clarendon Avenue
Scottdale, Georgia 30079
404-499-2700

CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed a true and exact copy of the foregoing "Withdrawal of Objection to Proof of Claim of United Van Lines, LLC (Claim No. -09)" to the following:

Adam M. Goodman
Suite 200
260 Peachtree Street, NW
Atlanta, Georgia 30303

Curtis Lee Wyatt
Brenda Lee Wyatt
413 Grier Drive
Locust Grove, Georgia 30248

United Van Lines, LLC
c/o Gregg S. Garfinkel and Robyn M. McKibbin
Stone Rosenblatt & Internal Revenue Service
21550 Oxnard Street
Main Plaza – Suite 200
Woodland Hills, California 91367

Robert E. Spears
Thomerson, Spears & Robl, LLC
104 Cambridge Avenue
Decatur, Georgia 30030

by placing a copy of same in a properly addressed envelope with sufficient postage affixed thereon to insure delivery and depositing same in the United States Mail.

This 16 day of July, 2008.

Respectfully submitted,
JEFF FIELD & ASSOCIATES

_____
C. WINGATE MIMS
Attorney for Debtors
State Bar No. 510000

342 North Clarendon Avenue
Scottdale, Georgia 30079
404-499-2700

*UNITED VAN LINES v. BRENDA WYATT*

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 21550 Oxnard Street, Main Plaza, Suite 200, Woodland Hills, California.

On **July 21, 2008**, I served the foregoing document described as:

JOINT FURTHER CASE MANAGEMENT STATEMENT

ON ALL INTERESTED PARTIES in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at: WOODLAND HILLS, CALIFORNIA addressed as follows:

Brenda Wyatt (in pro per)
413 Grier Drive
Locust Grove, GA 30248
Phone: (678) 432-8646

[X] **(BY MAIL)** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Woodland Hills, California.

[] (BY E-MAIL) I caused such document to be e-mailed to the addressee.

[] (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[] (BY EXPRESS MAIL, CCP 1013(c,d) I caused such envelope with postage thereon fully prepaid to be placed in the box regularly maintained by the express service carrier, Federal Express, at 21550 Oxnard Street, Suite 200, Woodland Hills, California, copies of the routing slips attached hereto.

[X] Executed on **July 21, 2008** at Woodland Hills, California.

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Zara Ter-Matevosyan*