Gregg S. Garfinkel, Esq., S.B. #156632
ggarfinkel@srclaw.com
Paul D. Smith, Esq., S.B. #247836
psmith@srclaw.com
**Stone | Rosenblatt | Cha**
A Professional Law Corporation
21550 Oxnard Street, Main Plaza – Suite 200
Woodland Hills, California 91367
Tel: (818) 999-2232
Fax: (818) 999-2269

Attorneys for Plaintiff,
United Van Lines, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED VAN LINES, LLC<br><br>Plaintiff(s),<br><br>v.<br><br>BRENDA LEE WYATT, an Individual, and DOES 1-10<br><br>Defendants. | Case No.: C07-02096 EMC<br>[Complaint filed: 4/13/2007]<br>[Assigned for all Purposes to the Honorable Edward M. Chen, Ctrm. C]<br><br>**REQUEST FOR DISMISSAL AND [PROPOSED] ORDER** |

///
///
///
///
///
///
///
///
///

1 TO THIS HONORABLE COURT AND DEFENDANTS AND THEIR
2 ATTORNEY OF RECORD:
3     IT IS HEREBY REQUESTED by Plaintiff, UNITED VAN LINES, LLC,
4 through their counsel of record that UNITED VAN LINES, LLC's Complaint
5 as to all Defendants is hereby dismissed, with prejudice, pursuant to *FRCP*
6 41.

8 DATED: May 13, 2009

          STONE | ROSENBLATT | CHA
          **A Professional Law Corporation**

          By: _/s/ Gregg S. Garfinkel_
          Gregg S. Garfinkel
          Paul D. Smith
          Attorneys for Plaintiff, United Van Lines, LLC

STONE | ROSENBLATT | CHA
A PROFESSIONAL LAW CORPORATION
21550 OXNARD STREET, MAIN PLAZA – SUITE 200
WOODLAND HILLS, CALIFORNIA 91367

2
REQUEST FOR DISMISSAL AND [PROPOSED] ORDER

245454

1  **[PROPOSED] ORDER OF DISMISSAL**

2  Premised upon the above request and pursuant to FRCP 41, it is
3  hereby ordered that Plaintiff UNITED VAN LINES, LLC' Complaint, Case No.
4  C07-02096 EMC be dismissed in its entirety with prejudice as to all
5  defendants.

6
7  Dated: May 15, 2009 _____



10  _____ M. Chen of the
11  _____ urt for the
              California

STONE | ROSENBLATT | CHA
A PROFESSIONAL LAW CORPORATION
21550 OXNARD STREET, MAIN PLAZA – SUITE 200
WOODLAND HILLS, CALIFORNIA 91367

3

**REQUEST FOR DISMISSAL AND [PROPOSED] ORDER**

245454

*Wyatt, Brenda*
Case No. C07-02096 EMC

## PROOF OF SERVICE

STATE OF CALIFORNIA         )
                            )
COUNTY OF LOS ANGELES       )

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 21550 Oxnard Street, Main Plaza, Suite 200, Woodland Hills, California.

On May 13, 2009, I served the foregoing document described as: REQUEST FOR DISMISSAL AND [PROPOSED] ORDER, on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at: Woodland Hills, California addressed as follows:

### SEE ATTACHED SERVICE LIST

[X]     **(BY MAIL)** I am familiar with the ordinary business practice of the law firm of Stone, Rosenblatt & Cha for collection and processing of correspondence for mailing with the United States Postal Service at the aforementioned place of business and that the above-entitled document was placed in a sealed envelope and deposited for collection and mailing on the date stated above, following such ordinary practices, and in such manner as to cause it to be deposited with the United States Postal Service that same day, with postage thereon fully prepaid, in the ordinary course of business, addressed as indicated above.

[]     (BY FACSIMILE) I caused such document to be faxed to the addressee.

[]     (BY E-MAIL) I caused such document to be e-mailed to the addressee.

[]     (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[]     (BY EXPRESS MAIL, CCP 1013(c,d) I caused such envelope to be placed in the box regularly maintained by the express service carrier, Federal Express, at 21550 Oxnard Street, Suite 200, Woodland Hills, California.

[]     (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]     **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[X]     Executed on May 13, 2009, at Woodland Hills, California.

ZARA TER-MATEVOSYAN

<u>**Wyatt, Brenda**</u>
*Case No. C07-02096 EMC*

## SERVICE LIST

Brenda Wyatt, In Pro Per
413 Grier Drive
Locust Grove, GA 30248